USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-25-22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                          Plaintiff,

        -against-

MELVIN BURROUGHS,

                        Defendant.

--------------------------------------------------------------- x

**22-CR-96 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

     Status Conference set for **March 31, 2022** at **11:30 a.m.**

**SO ORDERED.**

Dated:      New York, New York
             March 25, 2022

                         **ANDREW L. CARTER, JR.**
                         **United States District Judge**