**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 27, 2022

**BY ECF**
Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/31/22

Re: *United States v. Burroughs*, 22 Crim. 96 (ALC)

Dear Judge Carter:

    The parties write jointly to seek a 45-day adjournment of the status conference currently scheduled for June 2, 2022 because the parties are actively discussing a pretrial resolution.

    The Government also respectfully requests that time be excluded under the Speedy Trial Act between June 2 and the date of the next conference. An exclusion of time under the Speedy Trial Act is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will enable the defendant to review discovery and the parties to discuss a pre-trial resolution. 18 U.S.C. § 3161(h)(7)(A). Defense counsel consents to the exclusion of time.

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

by: */s/ Kevin Mead*
    Kevin Mead
    Assistant United States Attorney
    (212) 637-2211

CC: Mark Gombiner, Counsel for Melvin Burroughs (by ECF)

The application is **GRANTED.** The status conference is adjourned to July 14, 2022 at 3:00 p.m . Time excluded from 6/2/22 to 7/14/22 in the interest of justice.
So Ordered.

*[signature: Andrew L. Carter]*
5/31/22