

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 4, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  7/7/22
```

**BY ECF**
Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Burroughs*, 22 Crim. 96 (ALC)

Dear Judge Carter:

    The parties write jointly to seek a 30-day adjournment of the status conference currently scheduled for July 14, 2022 because the parties are discussing a pretrial resolution.

    The Government also respectfully requests that time be excluded under the Speedy Trial Act between July 14 and the date of the next conference. An exclusion of time under the Speedy Trial Act is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will enable the defendant to review discovery and the parties to discuss a pre-trial resolution. 18 U.S.C. § 3161(h)(7)(A). Defense counsel consents to the exclusion of time.

    Respectfully Submitted,

    DAMIAN WILLIAMS
    United States Attorney

    by: */s/ Kevin Mead*
        Kevin Mead
        Assistant United States Attorney
        (212) 637-2211

CC:    Mark Gombiner, Counsel for Melvin Burroughs (by ECF)

The application is **GRANTED.** The status conference is adjourned to 8/16/22 at 12:00 p.m. Time excluded from 7/14/22 to 8/16/22 in the interest of justice. So Ordered.

*[Signed: Andrew L. Carter]* 7/7/22