USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-8-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

     -against-

MELVIN BURROUGHS,

                Defendant.

------------------------------------------------------------------- x

22-CR-96 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Status Conference scheduled for August 16, 2022 at 12:00 p.m. is converted to a Change of Plea Hearing.

**SO ORDERED.**

Dated:    New York, New York
            August 8, 2022

                                                        ANDREW L. CARTER, JR.
                                                        United States District Judge