**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 23, 2022

**BY ECF**
Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/25/22
```

Re: **_United States v. Burroughs_, 22 Crim. 96 (ALC)**

Dear Judge Carter:

     A change-of-plea proceeding had been scheduled in this case for August 16, but that proceeding was cancelled due to the defendant's contact with an individual with COVID. The Court proposed that the plea be rescheduled for September 6, 2022 at 11 a.m. The Government has conferred with defense counsel, and both parties are available on that date.

     The Government also respectfully requests that time be excluded under the Speedy Trial Act between today and the date of the next conference. An exclusion of time under the Speedy Trial Act is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will enable the defendant to review discovery and the parties to discuss a pre-trial resolution, and because the adjournment was caused by the defendant's COVID exposure. 18 U.S.C. § 3161(h)(7)(A). Defense counsel consents to the exclusion of time.

     Respectfully Submitted,

     DAMIAN WILLIAMS
     United States Attorney

     by: */s/ Kevin Mead*
         Kevin Mead
         Assistant United States Attorney
         (212) 637-2211

CC:    Mark Gombiner, Counsel for Melvin Burroughs (by ECF)

The entire application is **GRANTED.** The change of plea hearing is adjourned to 9/6/22 at 11:00 a.m. Time excluded from 8/23/22 to 9/6/22 in the interest of justice.
So Ordered.

*[signature]* 8/23/22