```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-8-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                                            **ORDER**
                                            22-CR-96 (ALC)

              -against-

Melvin Burroughs,

-----------------------------------------------------------X
**ANDREW L. CARTER, JR., United States District Judge:**

    The sentencing scheduled for June 6, 2023 is adjourned to **July 18, 2023** at **2:00 p.m.**

    **SO ORDERED.**

Dated: New York, New York
         May 8, 2023

                                        _____
                                        **ANDREW L. CARTER, JR.**
                                        **UNITED STATES DISTRICT JUDGE**